**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **VICTRINA HALL,**<br>　　　　　　Plaintiff**,**<br><br>vs.<br><br>**NANCY A. BERRYHILL**, Acting Commissioner of the Social Security Administration,<br>　　　　　　Defendant. | Case No. 17-CIV-357-RAW-SPS |

## ORDER

Before the court is the Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket Nos. 19, 20]. On March 21, 2019, this court rendered a final judgment remanding the Plaintiff's case for further proceedings. The Defendant has no objection to the request for attorney fees [Docket No. 21].

Therefore, it is the Order of the court that the Plaintiff be GRANTED reasonable attorney's fees in the amount of **$3,340.25** for services rendered pursuant to 28 U.S.C. §2412(a) and (d). If Plaintiff's counsel is ultimately granted attorney fees pursuant to 42 U.S.C. § 406(b), counsel must refund the smaller of the EAJA or the 406(b) award that is received to the Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

Ordered this 22nd day of   May, 2019.

*Ronald A. White*
_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**